UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**WILFREDO RIVERA,**

    Plaintiff,

v.                                                                 **CASE NO. 13-CV-1156**

**MILWAUKEE COUNTY
(AIRPORT DIVISION),**

    Defendant.

## STIPULATION OF DISMISSAL

**NOW COME** Plaintiff by his attorney, The Previant Law Firm, S.C., by Nathan D. Eisenberg, and Defendant by its attorney, Lindner and Marsack, by Kristofor L. Hanson, and pursuant to a mutual acceptable settlement, hereby stipulate that the above-captioned action may be dismissed with prejudice and without costs to either party.

Dated this 12th day of September, 2014.

                                        /s/ Nathan D. Eisenberg
                                      _____
                                      Nathan D. Eisenberg (State Bar No. 1030555)
                                      nde@previant.com
                                      THE PREVIANT LAW FIRM, S.C.
                                      1555 North RiverCenter Drive, Suite 202
                                      Milwaukee, WI 53212
                                      (414) 271-4500
                                      (414) 271-6308 (fax)
                                      ATTORNEYS FOR PLAINTIFF

/s/ Kristofor L. Hanson
Kristofor L Hanson
KHanson@lindner-marsack.com
LINDNER & MARSACK SC
411 E Wisconsin Ave - Ste 1800
Milwaukee, WI 53202-4416
414-273-3910
Fax: 414-298-9873

ATTORNEYS FOR DEFENDANT